IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CARL JOHNSON and
JUSTIN JOHNSON                                                                                     PLAINTIFFS

V.                                            CASE NO. 15-CV-4033

CITY OF NASHVILLE, A MUNICIPAL
CORPORATION, *et al.*                                                                          DEFENDANTS

## ORDER

Before the Court is a Motion to Withdraw as Counsel filed by Plaintiffs' attorney, Melissa B. Grisham. ECF No. 21. Ms. Grisham moves the Court to enter an order withdrawing her as Plaintiffs' attorney of record. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Melissa B. Grisham is hereby relieved as counsel of record for Plaintiffs.

**IT IS SO ORDERED**, this 18th day of April, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge