IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CARL JOHNSON and
JUSTIN JOHNSON                                                                                PLAINTIFFS

V.                                              CASE NO. 15-CV-4033

CITY OF NASHVILLE, A MUNICIPAL
CORPORATION, *et al.*                                                                     DEFENDANTS

## ORDER

Now on this 22nd day of July, 2016, the Court, *sua sponte*, finds that a continuance is necessary in the trial of the above captioned matter because of a change in the Court's trial docket. Accordingly, the trial of this matter is continued until further notice from the Court. This order does not extend any deadline contained in the Final Scheduling that has already passed. Once the Court issues a new trial date, the deadline for filing jury instructions and motions in limine should be adjusted accordingly.

**IT IS SO ORDERED**, this 22nd day of July, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge